IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **BETTY DOUGIA JASPER,** §<br>**Individually and as Guardian of BEE** §<br>**and DHNE, minor children, and** §<br>**TRISHA DOUGIA JASPER,** §<br>§<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>**HARDIN COUNTY** §<br>**SHERIFF'S DEPARTMENT,** *et al.*, §<br>§<br>*Defendants.* § | CIVIL ACTION NO. 1:11-CV-408 |

**ORDER OF DISMISSAL**

Pending before the Court are several motions to dismiss filed by the defendants in this case. The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings.

The magistrate judge recommended that the Court grant the motions to dismiss. Judge Giblin also recommended that the Court dismiss the plaintiffs' claims for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and 28 U.S.C. § 1915. No party has objected to the report and recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

Based upon the magistrate judge's findings of fact and recommended disposition, the Court **ORDERS** that the report and recommendation [Doc. #18] is **ADOPTED**. The Court further **ORDERS** that the defendants' pending motions to dismiss [Doc. #9, #10, #11, #12, #13, #22, #24, #25] are **GRANTED**. Plaintiffs' claims against all defendants are **DISMISSED** in their entirety,

with prejudice, for lack of jurisdiction as to those causes of action related to the underlying divorce proceeding and failure to state a claim as to all causes of action.

The Clerk is directed to **CLOSE** this civil action. All pending motions not addressed herein are **DENIED** as **MOOT**. This is a final judgment disposing of all claims and parties.

So **ORDERED** and **SIGNED** on September 26, 2012.

_____
Ron Clark
United States District Judge